■ In the Matter of TRINITY SADE C., an Infant. DRAYMOND C., Appellant. THE NEW YORK FOUNDLING HOSPITAL, Respondent. [870 NYS2d 786]—Order of disposition, Family Court, New York County (Sara P. Schecter, J.), entered November 28, 2007, unanimously affirmed, without costs or disbursements.

Application by appellant's assigned counsel to withdraw is granted (*see Matter of Louise Wise Servs. [Whyte]*, 131 AD2d 306 [1987]). We have reviewed this record and agree with appel-

lant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Mazzarelli, J.P., Friedman, Buckley, Acosta and Freedman, JJ.